

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00190-CV

<table>
<tr><td>COLUMBIA MEDICAL CENTER OF ARLINGTON SUBSIDIARY, L.P. D/B/A MEDICAL CITY ARLINGTON; AND HCA, INC. D/B/A HCA HEALTHCARE, Appellants</td><td>§</td><td>On Appeal from the 17th District Court</td></tr>
<tr><td></td><td>§</td><td>of Tarrant County (017-312807-19)</td></tr>
<tr><td>V.</td><td></td><td></td></tr>
<tr><td></td><td>§</td><td>November 4, 2021</td></tr>
<tr><td>J.B., JR., INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF I.B., DECEASED, AND NEXT FRIEND OF J.B. AND L.B., MINORS, Appellee</td><td>§</td><td>Memorandum Opinion by Justice Kerr</td></tr>
</table>

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order overruling Appellants Columbia Medical Center of Arlington Subsidiary, L.P. d/b/a Medical City Arlington and HCA, Inc. d/b/a HCA Healthcare's objections to the expert report of

Dr. Cam Patterson and denying Appellants' motion to dismiss is reversed and the case is remanded to the trial court so that it can consider whether to grant a 30-day extension to cure the report's deficiencies.

It is further ordered that Appellee J.B., Jr., Individually and as Representative of the Estate of I.B., Deceased, and Next Friend of J.B. and L.B., Minors, must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr